JEFFREY V. BROWN, Justice,
concurring and dissenting.
I concur in the majority’s analysis with respect to all but one issue. Because I believe the trial court properly directed a verdict in FH Partners’ favor on the waiver issue, I respectfully dissent from that portion of the opinion. The majority aptly describes the appellants’ case for waiver; I just do not agree that it amounts to more than a scintilla. But I would not affirm the judgment entirely. Had this panel affirmed on waiver, it would then reach the segregation-of-attorney’s-fees issue. Because I believe FH Partners did not meet its burden to segregate recoverable fees from unrecoverable fees, I would remand this cause for a redetermination of properly recoverable fees. See Ruiz v. Stewart Mineral Corp., 202 S.W.3d 242, 249 (Tex.App.-Tyler 2006, pet. denied).
JAMISON, J., Majority.